Case Number **08–46525 – NCD**

# UNITED STATES BANKRUPTCY COURT
District of Minnesota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/15/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Peter Schreder<br>fdba (Asf) Schreder Remodeling, Inc., fdba<br>(Asf)Rosewood Building Company,Inc.<br>1423 Jamison Avenue Ne<br>St. Michael, MN 55376 | Julie Carlson Schreder<br>1423 Jamison Avenue Ne<br>St. Michael, MN 55376 |
| Case Number:<br>08–46525 – NCD | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.:<br>xxx–xx–9283<br>xxx–xx–7417 |
| Attorney for Debtor(s) (name and address):<br>James A. Bumgardner<br>Black, Moore, Bumgardner, Magnussen, LTD<br>First National Financial Center<br>812 Main Street, Suite 102<br>Elk River, MN 55330<br>Telephone number:  763–441–7040 | Bankruptcy Trustee (name and address):<br>Terri A. Running<br>PO Box 7035<br>St. Paul, MN 55107<br>Telephone number:  651–699–6980 |

### Meeting of Creditors
Date: **January 15, 2009**                                       Time: **01:00 PM**
Location: **Room 112, American Red Cross, 1301 W St Germain St, St Cloud, MN 56301**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 3/16/09**
**Certificate of Completion of Financial Management Course due: 3/2/09**
Credit Counseling and Debtor Education Information can be found at http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.
If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available for a fee through Pacer (http://pacer.psc.uscourts.gov) or at the Clerk's Office, 301 United States Courthouse, 300 South 4th Street, Minneapolis, MN 55415.
You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Telephone number:  (612)–664–5200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lori Vosejpka |
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  12/16/08 |

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

Update 9/08

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0864-4           User: grace                  Page 1 of 3                   Date Rcvd: Dec 16, 2008
Case: 08-46525                 Form ID: b9a                 Total Served: 167

The following entities were served by first class mail on Dec 18, 2008.
db           +Joseph Peter Schreder,    1423 Jamison Avenue Ne,    St. Michael, MN 55376-7601
jdb          +Julie Carlson Schreder,    1423 Jamison Avenue Ne,    St. Michael, MN 55376-7601
aty          +James A. Bumgardner,    Black, Moore, Bumgardner, Magnussen, LTD,
               First National Financial Center,    812 Main Street, Suite 102,    Elk River, MN 55330-1575
tr           +Terri A. Running,    PO Box 7035,   St. Paul, MN 55107-0035
smg          +Minnesota Department of Revenue,    Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
smg          +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
ust          +US Trustee,   1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
57921265     +A.H. BENNETT COMPANY,    900 GLENWOOD AVENUE,    MINNEAPOLIS, MN 55405-1494
57921266     +ADLAN, INC.,   4601 NABER AVENUE,    ST. MICHAEL, MN 55376-9421
57921267     +AL QUICK LUBE,    865 CENTRAL AVENUE EAST,    ST. MICHAEL, MN 55376-4501
57921268     +ALAN LAORR OR CURRENT OWNER,    15547 SWEET WATER CIRCLE,    EDEN PRAIRIE, MN 55347-2430
57921269     +ALFREDO AND ELEANOR BELTRAN,    OR CURRENT OWNER,    1850 - 3RD STREET SW,
               NEW BRIGHTON, MN 55112-3358
57921270     +ANDREW MAERTENS OR CURRENT OWNER,    5236 LOGAN AVENUE SOUTH,    MINNEAPOLIS, MN 55419-1022
57921271     +APOLLO GLASS,    400 NE 7TH STREET,    BUFFALO, MN 55313-1718
57921272     +AUTO SHOWER CAR WASH,    905 CENTRAL AVENUE,    ST. MICHAEL, MN 55376-9567
57921273      BANK OF AMERICA,    P.O. BOX 17309,   BALTIMORE, MD 21297-1309
57921275      BARB WESTMAN,    15491 - 80TH STREET NW,    SOUTH HAVEN, MN 55382-3881
57921276     +BEN MOUDRY OR CURRENT OWNER,    4250 KAELIN AVENUE NE,    ST. MICHAEL, MN 55376-8503
57921278     +BETTER BUSINESS BUREAU,    2706 GANNON ROAD,    ST. PAUL, MN 55116-2600
57921279     +BIANCA ZICK OR CURRENT OWNER,    5236 LOGAN AVENUE SOUTH,    MINNEAPOLIS, MN 55419-1022
57921280     +BILL CLELLAND,   CARSON, CLELLAND, & SCHREDER,    6300 SHINGLE CREEK PKWY, SUITE 305,
               MINNEAPOLIS, MN 55430-2190
57921281     +BILL TRANBERG OR CURRENT OWNER,    10651 KALLAND DRIVE,    ALBERTVILLE, MN 55301-4301
57921282     +BLACKWOOD ELECTRIC,    9037 KIMBALL AVENUE NW,    ANNADALE, MN 55302-2947
57921283     +BLUE DRAGON CONSTRUCTION,    4474 CO. RD. 37,    MAPLE LAKE, MN 55358-2811
57921284     +BRIAN AND ZOE LYNCH OR CURRENT OWNER,    22193 - 138TH AVENUE NORTH,    ROGERS, MN 55374-8840
57921285     +BRIAN GILLIGAN AND STEVE POSPISIL,    OR CURRENT OWNER,    218 GROVELAND AVENUE,
               MINNEAPOLIS, MN 55403-3501
57921286     +BRUSH MASTERS,    12955 HIGHWAY 55,    PLYMOUTH, MN 55441-3841
57921287     +BUFFALO CLINIC,    1700 HIGHWAY 25 NORTH,    BUFFALO, MN 55313-3301
57921288     +BUFFALO HOSPITAL,    303 CATLIN STREET,    BUFFALO, MN 55313-4507
57921289     +BUILDING KNOWLEDGE,    541 WEST 98TH STREET,    MINNEAPOLIS, MN 55420-4713
57921290     +CABINETRY CONCEPTS,    14410 AZURITE STREET NW,    RAMSEY, MN 55303-4777
57921291     +CAN WEST, INC.,    P.O. BOX 385,   ST. MICHAEL, MN 55376-0385
57921293     +CAREN AND JEFF MARTIN OR CURRENT OWNER,    5308 ABBOTT AVENUE SO.,    MINNEAPOLIS, MN 55410-2127
57921294      CASH FLOW MANAGEMENT, INC.,    P.O. BOX 576,    STILLWATER, MN 55082-0576
57921295     +CHARLES D. SEGALE OR CURRENT OWNER,    825 AMUR CIRCLE,    DELANO, MN 55328-9200
57921296      CHARTER,    101 - 6TH STREET NE,    BUFFALO, MN 55313-1666
57921299      CHASE AUTO FINANCE,    P.O. BOX 78101,    PHOENIX, AZ 85062-8101
57921300     +CHERYL L. SEGALE OR CURRENT OWNER,    825 AMUR CIRCLE,    DELANO, MN 55328-9200
57921301     +CHUCK SEGALE,    825 AMUR CIRCLE,    DELANO, MN 55328-9200
57921302     +CITI,   P.O. BOX 6077,    SIOUX FALLS, SD 57117-6077
57921303     +CLASSIQUE PAINTING,    1005 - 3RD AVENUE NE,    BUFFALO, MN 55313-1845
57921304     +COMMERCIAL RECOVERY CORPORATION,    9298 CENTRAL AVENUE NE, STE 310,    MINNEAPOLIS, MN 55434-4219
57921305     +CRAIG NIERODE OR CURRENT OWNER,    23032 CREEKVIEW COURT,    ROGERS, MN 55374-9622
57921306     +CRYSTAL WELDING,    17601 - 113TH AVENUE NORTH,    MAPLE GROVE, MN 55369-3284
57921307     +D & G CABINETS,    18599 - 148TH STREET NW,    ELK RIVER, MN 55330-7671
57921308     +D & G CUSTOM WOODWORKING, INC.,    18599 - 148TH STREET NW,    ELK RIVER, MN 55330-7671
57921309     +DALE FRIEDAY OR CURRENT OWNER,    1209 CEDAR LAKE ROAD,    MINNEAPOLIS, MN 55416-3605
57921310     +DAN PAULSON OR CURRENT OWNER,    9981 - 166TH COURT SE,    BECKER, MN 55308-8564
57921311     +DAVE MERZ,   BOX 512,    BIG LAKE, MN 55309-0512
57921312     +DAVE SCHREIBER OR CURRENT OWNER,    13175 ARTHUR STREET,    ROGERS, MN 55374-9685
57921313     +DAVID AND KATHLEEN POATE,    OR CURRENT OWNER,    7132 COUNTY ROAD 33 SE,    BUFFALO, MN 55313-4601
57921314     +DAVID HOILAND,    ATTORNEY AT LAW,    120 SOUTH 6TH STREET, #1100,    MINNEAPOLIS, MN 55402-1814
57921315     +DAVID OERTLE OR CURRENT OWNER,    13932 KIMBERLY CIRCLE,    ROGERS, MN 55374-7507
57921316     +DDS ROLL-OFFS,    P.O. BOX 575,    MONTICELLO, MN 55362-0575
57921318      DOUGLAS G. BURKETT,    13820 - 13TH PLACE NORTH,    PLYMOUTH, MN 55447
57921319      DUWANE B. SNYDER, ESQ.,    SMITH, PAULSON, ET. AL.,    201 WEST 7TH STREET, P.O. BOX 668,
               MONTICELLO, MN 55362-0668
57921320     +FIRESIDE HEARTH AND HOME,    13679 COLLECTION CENTER DRIVE,    CHICAGO, IL 60693-0136
57921321     +FIRST NATIONAL BANK OF BEMIDJI,    502 MINNESOTA AVENUE, P.O. BOX 670,    BEMIDJI, MN 56619-0670
57921322     +GENE PERSION OR CURRENT OWNER,    3822 COLBERT AVENUE,    BUFFALO, MN 55313-3505
57921323     +GEORGE WATTS OR CURRENT OWNER,    5794 NELMARK AVENUE NE,    ST. MICHAEL, MN 55376-8632
57921324     +GOLD'S GYM,    133 SANDBERG ROAD,    MONTICELLO, MN 55362-8902
57921325     +GRANITE TOPS,    1480 PRAIRIE DRIVE,    COLD SPRING, MN 56320-1456
57921326     +GREAT NORTHERN BANK,    12725 - 43RD STREET,    ST. MICHAEL, MN 55376-4925
57921327     +GRIES & LENHARDT, PLLP,    12725 - 43RD STREET NE, STE 201,    ST. MICHAEL, MN 55376-4927
57921328     +HARRY AND JEANIE GALLAHER,    OR CURRENT OWNER,    2125 GIRARD AVENUE SOUTH,
               MINNEAPOLIS, MN 55405-2547
57921329     +HART TO HART SIDING,    899 PEARLVIEW DRIVE,    SAUK RAPIDS, MN 56379-2361
57921330     +HEARTH AND HOME TECHNOLOGIES, INC.,    2700 FAIRVIEW AVENUE,    ROSEVILLE, MN 55113-1306
57921331     +HIRSCHFIELDS,    725 - 2ND AVENUE NORTH,    MINNEAPOLIS, MN 55405-1600
57921332      HOME DEPOT CREDIT SERVICES,    P.O. BOX 6028,    THE LAKES, NV 88901-6028
57921333     +HOVDE PLUMBING & HEATING,    2222 EDGEWOOD AVENUE SO.,    MINNEAPOLIS, MN 55426-2898
57921334     +HOWSE & THOMPSON, P.A.,    3189 FERNBROOK LANE,    PLYMOUTH, MN 55447-5320
57921335     +I & E MILLWORK (STAIR BUILDERS),    15600 - 28TH AVENUE NORTH,    PLYMOUTH, MN 55447-1903
57921337     +IGREEN DESIGN,    1000 BOONE AVENUE NORTH,    GOLDEN VALLEY, MN 55427-4466
57921338     +INNVOATIVE SURFACES,    515 SPIRAL BLVD.,    HASTINGS, MN 55033-3650
57921339     +INTILE DESIGN,    4710 EMPIRE LANE,    PLYMOUTH, MN 55446-3711
57921340      IRS,   STOP 5700 E. 7TH ST., STE 1222,    ST. PAUL, MN 55101
```

```
District/off: 0864-4          User: grace                 Page 2 of 3             Date Rcvd: Dec 16, 2008
Case: 08-46525                Form ID: b9a                Total Served: 167

57921341      +IRS,   MINNESOTA DEPT. OF REVENUE,   BANKRUPTCY SECTION,  P.O. BOX 64447,
                ST. PAUL, MN 55164-0447
57921342      +JACKIE STUBA OR CURRENT OWNER,   11462 BURR RIDGE LANE,   EDEN PRAIRIE, MN 55347-4717
57921343      +JAMES E. MOORE, TRUSTEE C/O PAM NISSEN,   800 NICOLLET MALL, SUITE 2600,
                MINNEAPOLIS, MN 55402-2041
57921344      +JASON AND KIM LUM OR CURRENT OWNER,   2440 SUNRISE DRIVE,   LITTLE CANADA, MN 55117-1661
57921345      +JAY HART,   899 PEARL VIEW DRIVE,   SAUK RAPIDS, MN 56379-2361
57921346      +JBS CONCRETE,   6341 TROY LANE NORTH,   MAPLE GROVE, MN 55311-4542
57921347       JILL AND TOM LARSON OR CURRENT OWNER,   429 HALSEY AVENUE NE,   BUFFALO, MN 55313
57921348       JIM AND ERICA LANGFORD OR CURRENT OWNER,   719 - 6TH STREET SE,   MINNEAPOLIS, MN 55414
57921349      +JOE AND NANCY GOLIO OR CURRENT OWNER,   12525 - 58TH AVENUE NORTH,   PLYMOUTH, MN 55442-1521
57921350      +JOEL ANDERSON OR CURRENT OWNER,   2128 FREEMONT AVENUE S,   MINNEAPOLIS, MN 55405-2640
57921351      +JOHN AND SANDY GLAVEN,   OR CURRENT OWNER,   6301 UPTON AVENUE SOUTH,   RICHFIELD, MN 55423-1019
57921352       JUSTIN KEMPERT,   520 - 4TH AVENUE NE,   ST. CLOUD, MN 56304-0108
57921353      +KAREN AND JOE LABAT OR CURRENT OWNER,   97 WEST GOLDEN LAKE ROAD,   CIRCLE PINES, MN 55014-1784
57921354       KATHRYN J.W. BURKETT,   13820 - 13TH PLACE NORTH,   PLYMOUTH, MN 55447
57921355      +KEVIN TRENHOLM OR CURRENT OWNER,   6050 KAISER CIRCLE,   ALBERTVILLE, MN 55301-4302
57921357       KNIFE RIVER,   P.O. BOX 1333,   ST. CLOUD, MN 56302-1333
57921356      +KNIFE RIVER,   4787 SHADOW WOOD DRIVE NE,   SAUK RAPIDS, MN 56379-9431
57921359      +LARSON ENGINEERING,   3524 LABORE ROAD,   WHITE BEAR LAKE, MN 55110-5126
57921360      +LEASE CONSULTANTS,   P.O. BOX 71397,   DES MOINES, IA 50325-0397
57921361       LENY WALLEN-FRIEDMAN,   WALLEN-FRIEDMAN & FLOYD, P.A.,   860 RAND TOWER, 527 MARQUETTE AVE,
                MINNEAPOLIS, MN 55402
57921362      +LEWIS INSULATION,   5297 NELMARK AVENUE NE,   ST. MICHAEL, MN 55376-8634
57921363       LIBERTY LANDSCAPING,   8668 GOVAM AVENUE NW,   MAPLE LAKE, MN 55358
57921364       LINDA K. MASON AND ROBERT S. KIEVAL AS,   TRUSTEES OF THE LINDA KIEVAL TRUST,
                850 FOXBERRY CIRCLE,   HAMEL, MN 55340-4605
57921365      +LIVE WIRE ELECTRIC,   3670 DODD ROAD,   EAGAN, MN 55123-1326
57921366      +LOLA WATSON INTERIOR DESIGN,   275 MARKET STREET, STE 548,   MINNEAPOLIS, MN 55405-1641
57921367      +MARK AND MARY HENNEN OR CURRENT OWNER,   1613 ATWATER PATH,   INVER GROVE HEIGHTS, MN 55077-1201
57921368      +MATT AND MARTY MUELLER OR CURRENT OWNER,   8673 GRIER LANE,   EDEN PRAIRIE, MN 55344-6623
57921369      +MATTHEW A. AND MARTHA S. MUELLER,   8673 GRIER LANE,   EDEN PRAIRIE, MN 55344-6623
57921370      +MICHAEL E. NOVAK, ESQ.,   DONAHUE NOVAK AT LAW,   804 WEST ST. GERMAIN STREET, PO BOX 971,
                ST. CLOUD, MN 56302-0971
57921371      +MICHAEL SKROGSTED OR CURRENT OWNER,   5206 BAKER ROAD,   MINNETONKA, MN 55343-8937
57921372      +MIKE AND DEB FRODL OR CURRENT OWNER,   4335 WILDMEADOW DRIVE,   MEDINA, MN 55340-4504
57921373      +MIKE DUNCOMBE EA,   P.O. BOX 385,   4414 MACIVER AVE NE,   ST. MICHAEL, MN 55376-9412
57921374      +MIKE SMITH OR CURRENT OWNER,   17969 SMITH STREET,   ELK RIVER, MN 55330-4696
57921375      +MILLER TRUCKING,   P.O. BOX 157,   HANOVER, MN 55341-0157
57921376      +MR. SPECIALTY PRODUCTS,   139 DAVIS ROAD,   SEYMOUR, CT 06483-2300
57921377      +NADIM AND NAYLA YARED OR CURRENT OWNER,   4245 WILDMEADOW DRIVE,   MEDINA, MN 55340-4559
57921378      +NARI,   275 MARKET STREET,   MINNEAPOLIS, MN 55405-1627
57921379      +OLYMPIC COLORS,   11080 - 166TH STREET,   LAKEVILLE, MN 55044-8939
57921380      +ON SITE SANITATION,   95 WOODLYNN LANE,   ST. PAUL, MN 55117-2178
57921381      +PAM AASEN OR CURRENT OWNER,   4624 UPTON AVENUE S,   MINNEAPOLIS, MN 55410-1836
57921382      +PAMELA H. NISSEN, ESQ.,   800 NICOLLET MALL, SUITE 2600,   MINNEAPOLIS, MN 55402-2041
57921383      +PAUL WHITE OR CURRENT OWNER,   625 - 8TH AVENUE SE,   MINNEAPOLIS, MN 55414-1337
57921384      +PERRY ZACHMAN,   4601 NABER AVENUE NE,   ST. MICHAEL, MN 55376-9421
57921385      +PHIL LAMERS OR CURRENT OWNER,   17740 CASCADE DRIVE,   EDEN PRAIRIE, MN 55347-2160
57921386      +PINNACLE PRINTING,   13060 - 43RD STREET NE,   ST. MICHAEL, MN 55376-4526
57921387      +PRECISION AUDIO,   5438 SUNWOOD DRIVE,   RAMSEY, MN 55303-3609
57921388      +PRECISION PLUMBING,   4124 MACKENZIE COURT NE,   ST. MICHAEL, MN 55376-4572
57921389      +RICK BERG,   2373 HILLWOOD DRIVE,   MAPLEWOOD, MN 55119-5577
57921390       ROBERT AND KAY KIEVAL,   LINDA K. MASON KIEVAL OR CURRENT OWNER,   850 FOXBERRY CIRCLE,
                MEDINA, MN 55340-4605
57921391       ROBIN K. SHEELEY,   DONNA L. SHEELEY OR CURRENT OWNER,   4724 LAKE SARAH DRIVE SOUTH,
                MAPLE PLAIN, MN 55359-8728
57921392      +ROGER POPPEN,   TRAVELERS COUNTRY CLUB,   8520 - 85TH AVENUE, #30,   CLEAR LAKE, MN 55319-8602
57921393      +RON AND JOYCE MURPHY OR CURRENT OWNER,   2129 GIRARD AVENUE SOUTH,   MINNEAPOLIS, MN 55405-2547
57921394      +ROSEWOOD BUILDING COMPANY,   2373 HILLWOOD DRIVE,   MAPLEWOOD, MN 55119-5577
57921395       SAFETY SERVICES COMPANY,   P.O. BOX 6408,   YUMA, AZ 85366-6408
57921396      +SALLY WILSON,   2700 FAIRVIEW AVENUE,   ROSEVILLE, MN 55113-1306
57921398      +SCHRER BROTHERS LUMBER,   P.O. BOX 86,   MINNEAPOLIS, MN 55486-0086
57921399      +SIDEX,   5324 KAHLER DRIVE NE,   ALBERTVILLE, MN 55301-9764
57921400       SPRINT,   P.O. BOX 8077,   LONDON, KY 40742-8077
57921401      +ST. MICHAEL DENTAL CENTER,   399 CENTRAL AVENUE EAST,   ST. MICHAEL, MN 55376-9562
57921402      +STAIRBUILDERS, INC.,   15600 - 28TH AVENUE NORTH,   PLYMOUTH, MN 55447-1903
57921403      +STEVE AND KRIS PETERSON OR CURRENT OWNER,   14431 ALABAMA AVENUE,   SAVAGE, MN 55378-2859
57921404      +SUMMIT STONE INTERIORS,   4105 - 150TH STREET NW, STE 1,   CLEARWATER, MN 55320-4512
57921405      +SUPREME SEAMLESS GUTTERS,   604 - 4TH STREET SW,   ST. MICHAEL, MN 55376-9626
57921407      +TAYLOR MADE CONSTRUCTION OF MINNESOTA,   6648 RUSTIC ROAD SE,   PRIOR LAKE, MN 55372-1423
57921408       THOMAS AND MONA DOUGHERTY,   OR CURRENT OWNER,   3076 HAMLINE AVENUE,   ROSEVILLE, MN 55113-1612
57921409      +THOMPSON CONSTRUCTION,   10595 - 90TH STREET,   PRINCETON, MN 55371-6829
57921410      +TIM MCGOUGH, TRUSTEE C/O PAM NISSEN,   800 NICOLLET MALL, SUITE 2600,
                MINNEAPOLIS, MN 55402-2041
57921411      +TODD DAVIS SENOR POPPERS,   OR CURRENT OWNER,   4335 MASON LANE NE,   ST. MICHAEL, MN 55376-1081
57921412      +TRANSWORLD SYSTEMS,   1611 WEST COUNTY RD B, #306,   ST. PAUL, MN 55113-4053
57921413      +TRI-COUNTY LUMBER,   P.O. BOX 369,   CLEARWATER, MN 55320-0369
57921414      +TRONG NGUYEN OR CURRENT OWNER,   714 HIGHWAY 55,   HAMEL, MN 55340-9604
57921415      +TROY RANDGARD OR CURRENT OWNER,   5616 - 14TH AVENUE SOUTH,   MINNEAPOLIS, MN 55417-2533
57921416      +TWIN CITY HARDWARE,   723 HADLEY AVENUE NORTH,   OAKDALE, MN 55128-6205
57921417      +UNBUILDERS,   P.O. BOX 473,   CIRCLE PINES, MN 55014-0473
57921418      +UNITED PRODUCTS CORPORATION,   200 WEST SYCAMORE STREET WEST,   ST. PAUL, MN 55117-5394
57921419      +UNITED RENTAL,   2150 TRADE CENTER DRIVE,   LEXINGTON, KY 40509-4248
```

```
District/off: 0864-4          User: grace                Page 3 of 3               Date Rcvd: Dec 16, 2008
Case: 08-46525                Form ID: b9a               Total Served: 167

57921420     +WASTE MANAGEMENT,   12448 PENNSYLVANIA AVENUE SOUTH,   SAVAGE, MN 55378-1199
57921421     +WAYNE PETERSON OR CURRENT OWNER,   13210 ARTHUR STREET,   ROGERS, MN 55374-8753
57921422      WELLS FARGO,   P.O. BOX 54180,   LOS ANGELES, CA 90054-0180
57921423      WELLS FARGO FINANCIAL LEASING,   P.O. BOX 6434,   CAROL STREAM, IL 60197-6434
57921424     +WELLS FARGO LEASING,   MAC F 4031-050,   800 WALNUT STREET,   DES MOINES, IA 50309-3605
The following entities were served by electronic transmission on Dec 16, 2008.
57921273      EDI: BANKAMER2.COM Dec 16 2008 21:03:00     BANK OF AMERICA,   P.O. BOX 17309,
               BALTIMORE, MD 21297-1309
57921274      E-mail/PDF: bknotices@bankofthewest.com Dec 17 2008 00:04:55     BANK OF THE WEST,
               P.O. BOX 4002,   CONCORD, CA 94524-4002
57921277      EDI: HFC.COM Dec 16 2008 21:03:00     BEST BUY/HSBC,   P.O. BOX 5238,
               CAROL STREAM, IL 60197-5238
57921292      EDI: CAPITALONE.COM Dec 16 2008 21:03:00     CAPITAL ONE,   P.O. BOX 60024,
               CITY OF INDUSTRY, CA 91716-0024
57921297      EDI: CAUT.COM Dec 16 2008 21:03:00     CHASE,   P.O. BOX 78067,   PHOENIX, AZ 85062-8067
57921298      EDI: CHASE.COM Dec 16 2008 21:03:00     CHASE - CARDMEMBER SERVICE,   P.O. BOX 94014,
               PALATINE, IL 60094-4014
57921302     +EDI: CITICORP.COM Dec 16 2008 21:03:00     CITI,   P.O. BOX 6077,   SIOUX FALLS, SD 57117-6077
57921317      EDI: DISCOVER.COM Dec 16 2008 21:03:00     DISCOVER CARD,   P.O. BOX 15192,
               WILLINGTON, DE 19850-5192
57921335      EDI: HFC.COM Dec 16 2008 21:03:00     HSBC BUSINESS SOLUTIONS / MENARDS,   P.O. BOX 5219,
               CAROL STREAM, IL 60197-5219
57921358      EDI: CBSKOHLS.COM Dec 16 2008 21:03:00     KOHL'S,   P.O. BOX 2983,   MILWAUKEE, WI 53201-2983
57921397      EDI: RMSC.COM Dec 16 2008 21:03:00     SAM'S CLUB,   P.O. BOX 530942,   ATLANTA, GA 30353-0942
57921406     +EDI: WTRRNBANK.COM Dec 16 2008 21:03:00     TARGET NATIONAL BANK,   P.O. BOX 59317,
               MINNEAPOLIS, MN 55459-0317
57921424     +EDI: WFFC.COM Dec 16 2008 21:03:00     WELLS FARGO LEASING,   MAC F 4031-050,   800 WALNUT STREET,
               DES MOINES, IA 50309-3605
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         +US Trustee,   1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2008**              **Signature:**       *Joseph Speetjens*