B6C (Official Form 6C) (12/07)

IN RE **Schreder, Joseph Peter & Schreder, Julie Carlson**                                    Case No. __08-46525__
                                              Debtor(s)                                                  (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** <br> **Homestead located at 1423 Jamison Avenue NE, St. Michael, Minnesota 55376, and legally described as: Lot 16, Block 2, Cape Ridge, according to the map or plat thereof on file or of record in the office of the County Recorder in and for Wright County, Minnesota. Value per 2009 Property Tax Statement.** | MSA §§ 510.01, 510.02 | 115,700.00 | 470,700.00 |
| **SCHEDULE B - PERSONAL PROPERTY** <br> **Usual assortment of household goods and furnishings.** | MSA § 550.37 subd.4(b) | 4,740.00 | 4,740.00 |
| **Books.** | MSA § 550.37 subd. 2 | 40.00 | 40.00 |
| ~~CDs.~~ | ~~MSA § 550.37 subd. 2~~ | ~~40.00~~ | ~~40.00~~ |
| ~~DVDs/VHS movies.~~ | ~~MSA § 550.37 subd. 2~~ | ~~50.00~~ | ~~50.00~~ |
| **Wearing apparel for a family of four.** | MSA § 550.37 subd.4(b) | 710.00 | 710.00 |
| **Watch.** | MSA § 550.37 subd. 4(a) | 80.00 | 80.00 |
| **Wedding ring.** | MSA § 550.37 subd. 4(c) | 100.00 | 100.00 |
| **Wedding ring.** | MSA § 550.37 subd. 4(c) | 2,000.00 | 2,000.00 |
| **Midland National Life Company whole life insurance policy.** | MSA § 550.37 subd. 23 | 3,251.40 | 3,251.40 |
| **American Funds IRA.** | MSA § 550.37 subd. 24 | 15,808.00 | 15,808.00 |
| **Accrued but unpaid wages. Estimated amount.** | MSA § 571.922, 550.37 subd. 13 | 1,298.08 | 1,730.77 |
| **2002 Chevrolet Trail Blazer (hail damage, four wheel drive broken).** | MSA § 550.37 subd. 12a | 3,300.00 | 3,300.00 |
| **Tools and equipment.** | MSA § 550.37 subd. 6 | 323.00 | 323.00 |
| **Lawn mower.** | MSA § 550.37 subd.4(b) | 2,500.00 | 2,500.00 |
| ~~Miscellaneous garage, shed, outside items for home.~~ | ~~MSA § 550.37 subd.4(b)~~ | ~~1,578.00~~ | ~~1,578.00~~ |
| ~~Stihl weed whip.~~ | ~~MSA § 550.37 subd.4(b)~~ | ~~150.00~~ | ~~150.00~~ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only